ACCEPTED
01-14-00539-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/25/2015 10:48:54 AM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 01-14-00539-CV**

**IN THE COURT OF APPEALS**
**FOR THE**
**FIRST JUDICIAL DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/25/2015 10:48:54 AM
CHRISTOPHER A. PRINE
Clerk

**TAN DUC USA**
*Appellant,*

**v.**

**JIMMY TRAN**
*Appellee.*

**On Appeal from the Harris County District Court, 309th Judicial District**
**Harris County, Texas**
**Cause No. 2010-48243**

**APPELLANT TAN DUC USA'S RESPONSE OPPOSING APPELLEE JIMMY TRAN'S MOTION TO EXTEND AND BIFURCATE HIS DEADLINES FOR FILING BRIEF AS APPELLEE AND CROSS APPELLATE**

**Tan Duc USA, Appellant**
Keryl L Douglas, Atty. of Appellant Tan Duc USA
Texas Bar No. 24060880
5804 Bayou Bend Court, Houston, TX  77004
Tel.    713-819-9945   Fax        713-589-6823

**Jimmy Tran, Appellee/Cross Appellate**
Matthew Muller, Attorney for Appellee Tran
Texas Bar No. 14648450
1445 N. Loop West, Ste 760, Houston, TX  77007
Tel.    713-227-1888    Fax        713-227-1881

**Maya Dang, Appellant**
Alan B. Daughtry, Counsel for Appellant Dang
Texas Bar No. 00793583
3355 West Alabama, Ste 444, Houston, TX  77098
Tel. 281-300-5202   Fax   281-404-4478

1

**APPELLANT TAN DUC USA'S RESPONSE OPPOSING APPELLEE JIMMY TRAN'S MOTION TO EXTEND AND BIFURCATE HIS DEADLINES FOR FILING BRIEF AS APPELLEE AND CROSS APPELLATE**

To This Honorable Appeals Court, comes now Tan Duc USA, Appellant here and Co-defendant below, and files this Response Opposing Appellee Jimmy Tran's Motion to Extend and Bifurcate His Deadlines for Filing Briefs as Appellee and as Conditional Cross Appellate, and would show the Court the following:

1. This court issued new briefing schedule On August 25, 2015 with deadline of September 24, 2015 for Appellant Tan Duc USA to file its Amended Brief and for Appellee/Conditional Cross Appellate Jimmy Tran to file his briefs, with notice of no further extensions.

2. Appellant Tan Duc USA filed its Amended Brief.

3. Appellee Jimmy Tran filed neither his Appellee Brief in Response to Appellant Maya Dang, nor his Conditional Cross Appellant Brief, but rather a Motion to again extend deadlines for each of 3 weeks and 1 month, respectively.

4. Counsel for Jimmy Tran admitted that he did/does not need the Jury questions and instructions he referenced in his motion in order to complete Appellee Brief in Response to Appellate Dang's brief, yet he did not complete or file his Appellee Brief, nor Conditional Cross Appellant Brief.

5. Counsel for Jimmy Tran did not conference with Counsel for Appellant Tan Duc USA, as he admitted in his Certificate of Conference, and as he has routinely and discriminately failed or refused to do throughout this appeal.

6. This Honorable Court never issued a directive to Appellee Tran regarding filing a "single" brief, or a "bifurcated" brief.

7. Prior agreement regarding single or bifurcated brief referenced by Appellee's counsel also excluded me if and when it took place.

8. Counsel's Motion Certificate of Conference statement, "by earlier agreement with Dang's current appellant counsel," is ambiguous or misleading as to whether Dang's Counsel was timely conferenced specifically for this latest motion to extend or whether Tran's attorney is referencing "prior" briefing conference earlier, which also must have excluded me from conference as Counsel to appellate party, Tan Duc USA, in violation of appellate rules.

9. Tan Duc USA asks that Motion to extend be denied Jimmy Tran as it pertains to filing of both Appellee's Brief in response to Appellant Dang, as well as to filing of a Conditional Cross Appellant Brief. Alternatively, if extension is granted to one party, I ask that the same extension of time be applied to all parties desiring such additional time to file or amend briefs.

10. Tan Duc USA asks that Jimmy Tran and Counsel be cited or sanctioned for routinely failing or refusing to conference with Counsel for all parties.

**CONCLUSION**

Appellant Tan Duc USA timely filed its Amended Appellant's Brief. Appellee and Conditional Cross Appellant Jimmy Tran filed neither brief as directed by most recent Order of this Court. Tan Duc USA opposes Jimmy Tran's Motion to Extend time to file both his briefs that he missed the September 24, 2015 deadline on. This Honorable Court stated that no further extensions would be granted for briefing purposes. Tan Duc USA respectfully asks this Honorable Court to deny Jimmy Tran's Motion to Extend and Bifurcate and that Jimmy Tran not be permitted to late file either brief. Further, Tan Duc USA respectfully asks this Honorable Court that any extension of time granted to Jimmy Tran be also extended to Tan Duc USA for purpose of amending Appellant brief if desired.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, for all of the foregoing Tan Duc USA respectfully asks this Honorable Court to deny Jimmy Tran's Motion to Extend and Bifurcate, and that Jimmy Tran not be permitted to late file either brief. Further and alternatively, Tan Duc USA respectfully asks that if this Honorable Court does so grant Appellee's Motion, that any extension of time granted to Jimmy Tran be also extended to all other appellate parties for filing brief, responses, or amendments as applicable.

Respectfully Submitted By:


By: _____s/Keryl L. Douglas_____
        Attorney for Appellant
        Tan Duc USA
        The Law Office of Keryl L. Douglas
        Texas Bar #24060880
        5804 Bayou Bend Court
        Houston, Texas 77004
        713-819-9945  phone     713-589-6823  fax
        kerylldouglas@gmail.com


## Certificate of Service

As required by Texas Rule of Appellate Procedure, I hereby certify that I have served this document on all other parties which are listed below by e-file and email on September 25, 2015 as follows:

        Jimmy Tran, Appellee
        Matthew Muller, Attorney for Appellee
        Texas Bar No. 14648450
        1445 N. Loop West, Suite 760
        Houston, Texas  77007
        Tel.   713-227-1888   Fax      713-227-1881
        mmuller@texas.net

        Maya Dang, Appellant
        Alan B. Daughtry, Counsel for Appellant
        Texas Bar No. 00793583
        3355 West Alabama, Suite 444
        Houston, Texas  77098
        Tel. 281-300-5202   Fax   281-404-4478
        alan@alandaughtrylaw.com